IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CARLOS JAVIER PEREZ MIRANDA

XXX-XX-7244

Debtor(s)

CASE NO. 08-04544 BKT

Chapter 13

FILED & ENTERED ON 06/23/2011

### ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtor(s)' request for reconsideration of the order dismissing the instant case (docket entry #42).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 23 day of June, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

C: all creditors